THE STATE EX REL. STINSON, APPELLANT, *v.* YOUNGSTOWN OSTEOPATHIC HOSPITAL ET AL., APPELLEES.

[Cite as *State ex rel. Stinson v. Youngstown Osteopathic Hosp.* (1998), 83 Ohio St.3d 400.]

(No. 97–2684—Submitted August 19, 1998—Decided October 21, 1998.)

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson,* for appellant.

*Manos, Pappas & Stefanski Co., L.P.A.,* and *Leonard J. Pappas,* for appellee Youngstown Osteopathic Hospital.

*Betty D. Montgomery,* Attorney General, and *Laurel Blum Mazorow,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.